IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR66-5 |
| ) | |
| DANIEL JEFFERS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and/or that some matters raised in the parties' motions have been resolved by agreement. The following motions filed on behalf of the defendant, Daniel Jeffers, are to be dismissed:

(Doc. 121) Motion to Suppress Preliminary,
(Doc. 122) Motion to Suppress Oral Statements,
(Doc. 123) First Motion to Reveal Informant,
(Doc. 124) First Motion to Inspect Grand Jury Proceedings,
(Doc. 125) First Motion to Preserve Evidence,
(Doc. 126) First Motion for Jencks Material,
(Doc. .127) First Motion for Disclosure,
(Doc. 128) First Motion for Disclosure Exculpatory Material,
(Doc. 130) First Motion for Discovery Statements of Co-conspirators.

The remaining motions will be set for a hearing by a separate order.

SO ORDERED, this 1st day of October 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA