IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-66 |
| DANIEL JEFFERS, | |
| Defendant. | |

**O R D E R**

    Defendant Daniel Jeffers has filed a "Motion for Nunc Pro Tunc-Federal," (doc. 765), and Motion for "Jail Time Credit Nunc Pro Tunc," (doc. 786). The United States has moved to Dismiss Jeffers' Motions. (Docs. 767, 787.) Jeffers requests that the Court direct that he receive credit towards his federal sentence for the time he spent in state custody. As the United States has explained, calculation of time served towards a sentence lies within the purview of the Federal Bureau of Prisons. (Doc. 767, pp. 3—4.) Moreover, to the extent that Jeffers challenges the BOP's calculation of his time served towards his sentence, he would have to first exhaust his administrative remedies within the BOP which he has not demonstrated he has accomplished. See United States v. Williams, 425 F.3d 987, 990 (11th Cir. 2005). Further, Jeffers would have to bring his sentence calculation claim via 28 U.S.C. § 2241 in the district of his current confinement. See Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004). Because he is not currently confined in this district, the Court could not grant him any relief under Section 2241. Additionally, Jeffers has failed to respond to the United States' Motions to Dismiss, and, as such, those Motions are due to be granted as unopposed.

Thus, for the reasons set forth in the United States' Motions to Dismiss, the Court **GRANTS** the United States' Motions to Dismiss, (doc. 767, 787), and **DENIES** Jeffers's Motions, (docs. 765, 786), **WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA