IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-66-5 |
| DANIEL JEFFERS, | |
| Defendant. | |

**O R D E R**

The Court **DENIES** Defendant Daniel Jeffers' Motions to Reduce Sentence. (Doc. 878). As set forth in the Government's Response, (doc. 879), Defendant has not exhausted all administrative rights, as required by 18 U.S.C. § 3582(c)(1)(A). Even if Defendant had exhausted those remedies, he has failed to establish any "extraordinary and compelling" reasons warranting his release under U.S.S.G. § 1B1.13. Additionally, the factors set forth at 18 U.S.C. § 3553(a) weigh heavily against Defendant's request for release. Particularly considering Defendant's significant criminal history, his serious offense conduct, and the below-Guidelines sentence he has already received, his sentence remains necessary to achieve the statutory purposes of sentencing.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA